

# THE THIRTEENTH COURT OF APPEALS

---

13-21-00283-CV

---

Greg Abbott, in his Official Capacity as Governor of Texas, and Ken Paxton, in his Official Capacity as Attorney General of Texas

v.

Point Isabel Independent School District

---

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2021-DCL-04816-H

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

March 9, 2023